**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| RITA FAYE MORRIS MCKEEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-843 (RLW) |
| | ) | |
| TIMOTHY GINTHNOR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM OPINION**

Defendant has moved to dismiss this case. *See* Def.'s Mot. to Dismiss the Compl., ECF No. 2. The Court ordered Plaintiff to file his opposition or other response to Defendant's motion on or before July 19, 2011, warning that failure to timely make such filing carried with it the risk that the motion could be granted as conceded and the case dismissed. Order, ECF No. 4; *see* D.D.C. LCvR 7(b). Plaintiff has not timely made such filing. The Court will therefore grant Defendant's motion as conceded and dismiss this case. A separate order consistent with this Memorandum Opinion shall issue this date.

/s/
ROBERT L. WIKLINS
United States District Judge